AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DERRAL WYNN,

    Plaintiff,

    v.

BRADLEY BAGGET; RAY MCGHEE; BERNARD REDMOND; ALVIN WELLS; and 48 FORTY SOLUTION,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:22-cv-212

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated November 17, 2022, the Magistrate Judge's Report and Recommendation is adopted as opinion of the Court.  Plaintiff's Complaint is dismissed, and this case stands closed.

Approved by: _____



November 22, 2022
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020